# Court of Appeals
# of the State of Georgia

ATLANTA,  November 10, 2015

*The Court of Appeals hereby passes the following order:*

**A15A1407.  STATE OF GEORGIA et al. v. INTERNATIONAL KEYSTONE KNIGHTS OF THE KU KLUX KLAN, INC.**

Appellants the State of Georgia; Nathan Deal, in his official capacity as Governor of the State of Georgia; the Georgia Department of Transportation; and Russell McMurry,[1] in his official capacity as Commissioner of the Georgia Department of Transportation appeal to this Court from an order of the trial court denying their motion for summary judgment on sovereign immunity and other grounds.  It appears, however, that appellate jurisdiction over some or all of the dispositive issues raised in this appeal may lie in our Supreme Court.  Under Article VI, Section VI, Paragraph II (1) of the Georgia Constitution of 1983, the Supreme Court shall exercise exclusive appellate jurisdiction in all cases involving the construction of the Constitution of the State of Georgia or of the United States in which the constitutionality of a law, ordinance , or constitutional provision has been drawn into question in a timely manner and the trial court has distinctly issued a ruling thereon.  See *State Dept. of Corrections v. Developers Surety & Indem. Co.*, 295 Ga. 741, 742, n. 2 (763 SE2d 868) (2014); *Brinkley v. State*, 291 Ga. 195, 196 (728 SE2d 598) (2012). Accordingly, this appeal is hereby transferred to our Supreme Court.

---

[1] Russell McMurry was appointed Commissioner of the Georgia Department of Transportation during the pendency of this appeal and was automatically substituted as a party under OCGA § 9-11-25 (d) (1).



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,* <u>    11/10/2015    </u>
     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

                              *Stephen E. Castlen*

_____ *, Clerk.*